**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP ~~AUG~~ 06 2018

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - KN

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

_____ District of _____

Case number (if known) **18-81918**

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|   |   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1 | Your full name  Write the name that is on your government issued picture identification (for example, your driver's license or passport)  Bring your picture identification to your meeting with the trustee | Michael  First name  B  Middle name  Renello  Last name  Suffix (Sr., Jr., )  | First name  Middle name  Last name  Suffix (Sr., Jr., ) |
| 2 | All other names you have used in the last 8 years  Include your married or maiden names | First name  Middle name  Last name  First name  Middle name  Last name | First name  Middle name  Last name  First name  Middle name  Last name |
| 3 | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | XXX – XX 7 3 9 7  OR  9 xx xx | XXX – XX  OR  9 xx xx |

Debtor 1 _____   Case number *(if known)*_____
          First Name   Middle Name   Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years *Include trade names and doing business as names* | ☐ I have not used any business names or EINs | ☐ I have not used any business names or EINs |
| | Business name | Business name |
| | Business name | Business name |
| | EIN | EIN |
| | EIN | EIN |

| | | | |
|---|---|---|---|
| 5  Where you live | | If Debtor 2 lives at a different address: | |
| | 3704 Oklahoma Dr | | |
| | Number      Street | Number      Street | |
| | Rockford            IL   61108 | | |
| | City                State  ZIP Code | City                State  ZIP Code | |
| | Winnebago | | |
| | County | County | |
| | If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address. | |
| | Number      Street | Number      Street | |
| | P.O. Box | P.O. Box | |
| | City                State  ZIP Code | City                State  ZIP Code | |

| | | |
|---|---|---|
| 6  Why you are choosing *this district* to file for bankruptcy | Check one: | Check one: |
| | ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 _____ _____ _____    Case number *(if known)*_____

---

### Part 2:    Tell the Court About Your Bankruptcy Case

7. The chapter of the Bankruptcy Code you are choosing to file under

Check one. *(For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))* Also, go to the top of page 1 and check the appropriate box

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

8. How you will pay the fee

☐ I will pay the entire fee when I file my petition Please check with the clerk's office in your local court for more details about how you may pay Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre printed address

☑ I need to pay the fee in installments If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A)

☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7 By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments) If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition

9. Have you filed for bankruptcy within the last 8 years?

☑ No

☐ Yes    District _____    When _____    Case number _____
                                              MM / DD / YYYY

           District _____    When _____    Case number _____
                                              MM / DD / YYYY

           District _____    When _____    Case number _____
                                              MM / DD / YYYY

10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

☑ No

☐ Yes    Debtor _____                    Relationship to you _____
           District _____    When _____    Case number, if known _____
                                              MM / DD / YYYY

           Debtor _____                    Relationship to you _____
           District _____    When _____    Case number, if known _____
                                              MM / DD / YYYY

11. Do you rent your residence?

☑ No    Go to line 12

☐ Yes   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ☐ No  Go to line 12

        ☐ Yes  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition

---

Debtor 1 _____    Case number _____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

| | |
|---|---|
| 12  Are you a so e proprietor of any fu or part time business?<br><br>A so e proprietorship is a business you operate as an individua , and is not a separate ega entity such as a corporation, partnership, or LLC<br><br>f you have more than one so e proprietorship, use a separate sheet and attach it to this petition | ☑ No  Go to Part 4<br><br>☐ Yes  Name and ocation of business<br><br>Name of business, if any<br><br>Number      Street<br><br>City                                        State      Z P Code<br><br>Check the appropriate box to describe your business:<br><br>☐ Hea th Care Business (as defined in 11 U S C  § 101(27A))<br><br>☐ Sing e Asset Rea  Estate (as defined in 11 U S C  § 101(51B))<br><br>☐ Stockbroker (as defined in 11 U S C  § 101(53A))<br><br>☐ Commodity Broker (as defined in 11 U S C  § 101(6))<br><br>☐ None of the above |

| | |
|---|---|
| 13  Are you fi ing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?<br><br>For a definition of *small business debtor*, see 11 U S C  § 101(51D) | *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  f you indicate that you are a sma  business debtor, you must attach your most recent ba ance sheet, statement of operations, cash f ow statement, and federa  income tax return or if any of these documents do not exist, fo ow the procedure in 11 U S C  § 1116(1)(B)*<br><br>☑ No   am not fi ing under Chapter 11<br><br>☐ No   am fi ing under Chapter 11, but  am NOT a sma  business debtor according to the definition in the Bankruptcy Code<br><br>☐ Yes   am fi ing under Chapter 11 and  am a sma  business debtor according to the definition in the Bankruptcy Code |

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

| | |
|---|---|
| 14  Do you own or have any property that poses or is a eged to pose a threat of imminent and identifiab e hazard to pub ic hea th or safety? Or do you own any property that needs immediate attention?<br><br>*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?* | ☑ No<br><br>☐ Yes  What is the hazard?<br><br><br>f immediate attention is needed, why is it needed?<br><br><br>Where is the property?<br>Number        Street<br><br><br>City                                        State      Z P Code |

Debtor 1 _____   Case number _____
              First Name   Middle Name   Last Name

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15** Te   the court whether
you have received a
briefing about credit
counse ing

The  aw requires that you
receive a briefing about credit
counse ing before you fi e for
bankruptcy  You must
truthfu y check one of the
fo owing choices  f you
cannot do so, you are not
e igib e to fi e

 f you fi e anyway, the court
can dismiss your case, you
wi  ose whatever fi ing fee
you paid, and your creditors
can begin co ection activities
again

**About Debtor 1:**

*You must check one:*

☐  received a briefing from an approved credit
counse ing agency within the 180 days before
fi ed this bankruptcy petition, and  received a
certificate of comp etion

    Attach a copy of the certificate and the payment
    p an. if any. that you deve oped with the agency

☑  received a briefing from an approved credit
counse ing agency within the 180 days before
fi ed this bankruptcy petition, but  do not have a
certificate of comp etion

    Within 14 days after you fi e this bankruptcy petition.
    you MUST fi e a copy of the certificate and payment
    p an. if any

☐  certify that  asked for credit counse ing
services from an approved agency, but was
unab e to obtain those services during the 7
days after  made my request, and exigent
circumstances merit a 30 day temporary waiver
of the requirement

    To ask for a 30 day temporary waiver of the
    requirement, attach a separate sheet exp aining
    what efforts you made to obtain the briefing, why
    you were unab e to obtain it before you fi ed for
    bankruptcy, and what exigent circumstances
    required you to fi e this case

    Your case may be dismissed if the court is
    dissatisfied with your reasons for not receiving a
    briefing before you fi ed for bankruptcy

     f the court is satisfied with your reasons, you must
    sti  receive a briefing within 30 days after you fi e
    You must fi e a certificate from the approved
    agency. a ong with a copy of the payment p an you
    deve oped, if any   f you do not do so, your case
    may be dismissed

    Any extension of the 30 day dead ine is granted
    on y for cause and is  imited to a maximum of 15
    days

☐  am not required to receive a briefing about
credit counse ing because of:

    ☐ ncapacity      have a menta  i ness or a menta
                     deficiency that makes me
                     incapab e of rea izing or making
                     rationa  decisions about finances

    ☐ Disabi ity    My physica  disabi ity causes me
                    to be unab e to participate in a
                    briefing in person. by phone. or
                    through the internet, even after
                    reasonab y tried to do so

    ☐ Active duty    am current y on active mi itary
                    duty in a mi itary combat zone

    f you be ieve you are not required to receive a
    briefing about credit counse ing, you must fi e a
    motion for waiver of credit counse ing with the court

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐  received a briefing from an approved credit
counse ing agency within the 180 days before
fi ed this bankruptcy petition, and  received a
certificate of comp etion

    Attach a copy of the certificate and the payment
    p an. if any. that you deve oped with the agency

☐  received a briefing from an approved credit
counse ing agency within the 180 days before
fi ed this bankruptcy petition, but  do not have a
certificate of comp etion

    Within 14 days after you fi e this bankruptcy petition.
    you MUST fi e a copy of the certificate and payment
    p an. if any

☐  certify that  asked for credit counse ing
services from an approved agency, but was
unab e to obtain those services during the 7
days after  made my request, and exigent
circumstances merit a 30 day temporary waiver
of the requirement

    To ask for a 30 day temporary waiver of the
    requirement, attach a separate sheet exp aining
    what efforts you made to obtain the briefing, why
    you were unab e to obtain it before you fi ed for
    bankruptcy, and what exigent circumstances
    required you to fi e this case

    Your case may be dismissed if the court is
    dissatisfied with your reasons for not receiving a
    briefing before you fi ed for bankruptcy

     f the court is satisfied with your reasons, you must
    sti  receive a briefing within 30 days after you fi e
    You must fi e a certificate from the approved
    agency. a ong with a copy of the payment p an you
    deve oped, if any   f you do not do so, your case
    may be dismissed

    Any extension of the 30 day dead ine is granted
    on y for cause and is  imited to a maximum of 15
    days

☐  am not required to receive a briefing about
credit counse ing because of:

    ☐ ncapacity      have a menta  i ness or a menta
                     deficiency that makes me
                     incapab e of rea izing or making
                     rationa  decisions about finances

    ☐ Disabi ity    My physica  disabi ity causes me
                    to be unab e to participate in a
                    briefing in person. by phone. or
                    through the internet, even after
                    reasonab y tried to do so

    ☐ Active duty    am current y on active mi itary
                    duty in a mi itary combat zone

    f you be ieve you are not required to receive a
    briefing about credit counse ing, you must fi e a
    motion for waiver of credit counse ing with the court

Debtor 1 _____   First Name   Middle Name   Last Name          Case number (if known)_____

## Part 6:   Answer These Questions for Reporting Purposes

16  What kind of debts do you have?

16a  **Are your debts primari y consumer debts?** *Consumer debts* are defined in 11 U S C § 101(8) as "incurred by an individua primari y for a persona . fami y. or househo d purpose"

☐ No  Go to ine 16b
☑ Yes  Go to ine 17

16b  **Are your debts primari y business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment

☐ No  Go to ine 16c
☐ Yes  Go to ine 17

16c  State the type of debts you owe that are not consumer debts or business debts

17  Are you fi ing under Chapter 7?

☑ No   am not fi ing under Chapter 7  Go to ine 18

Do you estimate that after any exempt property is exc uded and administrative expenses are paid that funds wi be avai ab e for distribution to unsecured creditors?

☐ Yes   am fi ing under Chapter 7  Do you estimate that after any exempt property is exc uded and administrative expenses are paid that funds wi be avai ab e to distribute to unsecured creditors?

☐ No
☐ Yes

18  How many creditors do you estimate that you owe?

☑ 1 48
☐ 50 99
☐ 100 199
☐ 200 999

☐ 1.000 5.000
☐ 5.001 10.000
☐ 10.001 25.000

☐ 25.001 50.000
☐ 50.001 100.000
☐ More than 100,000

19  How much do you estimate your assets to be worth?

☑ $0 $50.000
☐ $50.001 $100.000
☐ $100.001 $500.000
☐ $500.001 $1 mi ion

☐ $1,000,000 $10 mi ion
☐ $10,000,001 $50 mi ion
☐ $50,000,001 $100 mi ion
☐ $100,000,001 $500 mi ion

☐ $500,000,001 $1 bi ion
☐ $1,000,000,001 $10 bi ion
☐ $10,000,000,001 $50 bi ion
☐ More than $50 bi ion

20  How much do you estimate your iabi ities to be?

☐ $0 $50.000
☑ $50.001 $100.000
☐ $100,001 $500.000
☐ $500.001 $1 mi ion

☐ $1,000,000 $10 mi ion
☐ $10,000,001 $50 mi ion
☐ $50,000,001 $100 mi ion
☐ $100,000,001 $500 mi ion

☐ $500,000,001 $1 bi ion
☐ $1,000,000,001 $10 bi ion
☐ $10,000,000,001 $50 bi ion
☐ More than $50 bi ion

## Part 7:   Sign Below

For you

have examined this petition, and  dec are under pena ty of perjury that the information provided is true and correct

f  have chosen to fi e under Chapter 7,  am aware that  may proceed, if e igib e, under Chapter 7, 11,12, or 13 of tit e 11. United States Code   understand the re ief avai ab e under each chapter, and  choose to proceed under Chapter 7

f no attorney represents me and  did not pay or agree to pay someone who is not an attorney to he p me fi out this document, have obtained and read the notice required by 11 U S C § 342(b)

request re ief in accordance with the chapter of tit e 11, United States Code, specified in this petition

understand making a fa se statement, concea ing property, or obtaining money or property by fraud in connection with a bankruptcy case can resu t in fines up to $250,000. or imprisonment for up to 20 years, or both 18 U S C §§ 152, 1341, 1519, and 3571

✗ _____
Signature of Debtor 1  michael renelfo

Executed on  9/6/2018
MM / DD /YYYY

✗ _____
Signature of Debtor 2

Executed on _____
MM / DD /YYYY

Debtor 1 _____    First name    Middle name    Last name

Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____
Signature of Attorney for Debtor

Date _____
MM  /  DD  / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____

State _____    ZIP Code _____

Contact phone _____

Email address _____

Bar number _____

State _____

Debtor 1 _____    Case number _____
         First Name    Middle Name    Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes  Name of Person _____
        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X *Michael Revello*                          X _____
Signature of Debtor 1                        Signature of Debtor 2

Date  **9/6/2018**                           Date  _____
      MM / DD / YYYY                               MM / DD / YYYY

Contact phone _____                Contact phone _____

Cell phone _____                   Cell phone _____

Email address _____                Email address _____

Ocwen loan services
P.O. Box 660264
Dallas, TX
75266-0264
800-746-2936